**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7355**

---

LATIF BLAGMAN,

Plaintiff - Appellant,

versus

JAMES R. WHITE, Superintendent; MS. EVANCHYK,
Assistant Superintendent,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CA-99-538-AM)

---

Submitted:  January 10, 2001          Decided:  February 1, 2001

---

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Latif Blagman, Appellant Pro Se.  Pamela Anne Sargent, Assistant
Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Latif Blagman appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Blagman v. White, No. CA-99-538-AM (E.D. Va. Sept. 18, 2000). We also deny Blagman's request for appointment of counsel. Whisenant v. Yuam, 739 F.2d 160, 163 (4th Cir. 1984). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2